UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

            Plaintiff,

  v.

Case No. -mc-_____

Case: 1:22–mc–00002
Assigned To : Bates, John D.
Assign. Date : 1/10/2022
Description: Misc.

$12,537 in U.S. currency seized from
Manassas, Virginia;

$13,208 in U.S. Currency seized from
Ormond Beach, Florida;

Wells Fargo Bank Cashier's Check #0002276868
in the amount of $21,281.62 from account #1320,
held in the name of DCH Management LLC;

$79,965.11 seized from Capital One Bank account
#3050, held in the name of DCH Management LLC;

2017 Ford Transit Connect XL Cargo Van,
#NM0LS7E78H1332549, held in the name of SBI
Inc.;

Burke & Herbert Cashier's Check #102700
in the amount of $2,068.93 from account #5572,
held in the name of Leslie Biggs and John Kenney;

Burke & Herbert Cashier's Check #102701
in the amount of $3,274 from account #6106,
held in the name of SBI Inc.;

2021 SeaFox 288 Commander,
US-LYGRB120G21,
held in the name of John Kenney and Leslie Biggs;

White F-350 Truck
1FT8W3DT4JEB80403, 47486TB,
held in the name of SBI Inc.;

VyStar Cashier's Check #4915259

in the amount of $10,113.01 from account #4440,
held in the name of Leslie Biggs and John Kenney;

Electronics and computers seized from various locations, as itemized on Attachment A,

      Defendants,

and

John Kenney,
Leslie Biggs,
SBI Inc., and
DCH Management LLC,

      Claimants.

## STIPULATION TO EXTEND TIME TO COMMENCE JUDICIAL FORFEITURE PROCEEDINGS

The Plaintiff and the Claimants stipulate, pursuant to 18 U.S.C. § 983(a)(3)(A), to extend the time in which the Plaintiff is required to file a Complaint for Forfeiture or to obtain an Indictment alleging forfeiture until April 10, 2022.

1. On or about August 30, 2021, the Washington D.C. Metropolitan Police Department ("MPD") and the United States Department of Homeland Security, Homeland Security Investigations seized the following assets and currency from the Claimants:

   a) $12,537 in U.S. currency seized from Manassas, Virginia;

   b) $13,208 in U.S. currency seized from Ormond Beach, Florida;

   c) Wells Fargo Bank Cashier's Check #0002276868 in the amount of $21,281.62 from account #1320, held in the name of DCH Management LLC;

   d) $79,965.11 seized from Capital One Bank account #3050, held in the name of DCH Management LLC;

2

    e) 2017 Ford Transit Connect XL Cargo Van, #NM0LS7E78H1332549, held in the name of SBI Inc.;

    f) Burke & Herbert Cashier's Check #102700 in the amount of $2,068.93 from account #5572, held in the name of Leslie Biggs and John Kenney;

    g) Burke & Herbert Cashier's Check #102701 in the amount of $3,274 from account #6106, held in the name of SBI Inc.;

    h) 2021 SeaFox 288 Commander, US-LYGRB120G21, held in the name of John Kenney and Leslie Biggs;

    i) White F-350 Truck 1FT8W3DT4JEB80403, 47486TB, held in the name of SBI Inc.;

    j) VyStar Cashier's Check #4915259 in the amount of $10,113.01 from account #4440, held in the name of Leslie Biggs and John Kenney; and

    k) Electronics and computers seized from various locations, as itemized on Attachment A.

2. The U.S. Department of Homeland Security commenced administrative forfeiture proceedings for the Defendants and sent written notice to all known interested parties of its intent to forfeit the Defendants.

3. On October 21, 2021, November 12, 2021, and November 16, 2021, the claimants, John Kenney, Leslie Biggs, SBI Inc., and DCH Management LLC filed claims for the Defendants through their attorney, Michael Lieberman.

4. The time has expired for any other person to file a claim for the Defendants under 18 U.S.C. § 983(a)(2)(A)-(E), and no other claims for any Defendants have been received from any other individual or entity.

5. Under 18 U.S.C. § 983(a)(3)(A), the government has 90 days after a claim has been filed in an administrative action to bring a civil complaint for forfeiture, "except

that a court in the district in which the complaint will be filed may extend the period for filing a complaint for good cause shown or upon agreement of the parties."

6. The parties agree to extend the deadline under 18 U.S.C. § 983(a)(3) for filing a judicial forfeiture proceeding with respect to the defendants until April 10, 2022 in order to allow time for review and discussion of the evidence and settlement discussions.

Dated:  January 10, 2022

                                  Respectfully submitted,

                                  MATTHEW M. GRAVES
                                  United States Attorney
                                  /s/
                              _____
                                GILEAD LIGHT (Bar No. 980839)
                                Assistant United States Attorney
                                Violent Crimes and Narcotics Trafficking Unit
                                555 Fourth Street, N.W.,
                                Washington, D.C. 20530
                                202-252-6880
                                Gilead.light@usdoj.gov