**Attachment A**

| Electronics and computers | Place of seizure |
|---|---|
| COMPUTER SHUTTLE XPC | 2730 Metro Plaza, Woodbridge VA |
| CHROME CARD READER A920 | 2730 Metro Plaza, Woodbridge VA |
| Debit Card Processing Machine | 2625 Connecticut Ave NW Washington DC |
| Dell Inspiron 20 | 2625 Connecticut Ave NW Washington DC |
| HIKVision Security Camera Computer | 2625 Connecticut Ave NW Washington DC |
| PRO FUSION IS SN: 0104-01A7-07512582 | 5625 Leesburg Pike Falls Church VA |
| TOA MIXER AMP BG 235 | 5625 Leesburg Pike Falls Church VA |
| ARRIS TOUCHSTONE SN: 7362WY8BG403690 | 5625 Leesburg Pike Falls Church VA |
| ARRIS TM 804G SN: E4GBR46AL177628 | 5625 Leesburg Pike Falls Church VA |
| D-LINK PIR 825 SN: F3T32B8003658 | 5625 Leesburg Pike Falls Church VA |
| ASUS PC  SN: SH81R4030IG35F00059 | 5625 Leesburg Pike Falls Church VA |
| C/O MONITOR  SN: J18300917 | 5625 Leesburg Pike Falls Church VA |
| CREDIT CARD MACHINE | 5625 Leesburg Pike Falls Church VA |
| Apple MacBook Pro | 3708 Hansberry Court NE Washington DC |
| WD My Passport Ultra Hard Drive | 3708 Hansberry Court NE Washington DC |
| Apple iPad | 3708 Hansberry Court NE Washington DC |
| WD My Passport Hard Drive | 3708 Hansberry Court NE Washington DC |
| ELO TOUCH SYSTEM MONITOR | 20921 Davenport Drive #128 Sterling VA |
| COMCAST BUSINESS MODEM | 20921 Davenport Drive #128 Sterling VA |
| LANDLINE TELEPHONE VTECH RED | 20921 Davenport Drive #128 Sterling VA |
| PAX CREDIT CARD SCANNER WHITE | 20921 Davenport Drive #128 Sterling VA |
| HONEYWELL SCANNER (BLACK) | 20921 Davenport Drive #128 Sterling VA |
| D-LINK ROUTER WHITE | 20921 Davenport Drive #128 Sterling VA |
| SHUTTLE HARD DRIVE XPC (CPU | 20921 Davenport Drive #128 Sterling VA |
| **SANDISK USB THUMBDRIVE** | 7008 Wellington Road Manassas VA |
| **4GB DIESEL USB DRIVE** | 7008 Wellington Road Manassas VA |
| **SAMSUNG GALAXY S6 SILVER W/BLACK** | 7008 Wellington Road Manassas VA |
| **APPLE DESK COMPUTER** | 7008 Wellington Road Manassas VA |
| **LENOVO ALL IN ONE DESKTOP/CHARGER** | 7008 Wellington Road Manassas VA |

| | |
|---|---|
| LENOVO ALL IN ONE DESKTOP | 7008 Wellington Road Manassas VA |
| USB THUMBDRIVE | 7008 Wellington Road Manassas VA |
| IPHONE W/BROKEN SCREEN AND CASE | 7008 Wellington Road Manassas VA |
| TABLET | 6842 Franconia Road Springfield VA |
| Fios Router | 6842 Franconia Road Springfield VA |
| D Link Router | 6842 Franconia Road Springfield VA |
| Pax POS / Card Terminal | 6842 Franconia Road Springfield VA |
| X PC Modem | 6842 Franconia Road Springfield VA |
| ELO Computer Monitor | 7321 Richmond Hwy Alexandria VA |
| Star Receipt Terminal | 7321 Richmond Hwy Alexandria VA |
| PAX POS / Card Terminal | 7321 Richmond Hwy Alexandria VA |
| Shuttle Computer Hard Drive | 7321 Richmond Hwy Alexandria VA |
| D Link Router | 7321 Richmond Hwy Alexandria VA |
| 4 Cords from Register System | 7321 Richmond Hwy Alexandria VA |
| Gardall Safe (Empty) | 7321 Richmond Hwy Alexandria VA |
| Mini iPad | 2318 18th Street NW Washington DC |
| Phone & Base | 2318 18th Street NW Washington DC |
| POS terminal | 2318 18th Street NW Washington DC |
| Scanner and base | 2318 18th Street NW Washington DC |
| Pax A920 PS Terminal | 2318 18th Street NW Washington DC |
| Scale | 2318 18th Street NW Washington DC |
| Computer | 2318 18th Street NW Washington DC |
| iPad | 3289 M Street Washington DC |
| POS Terminal CC Machine | 3289 M Street Washington DC |
| Dell Inspiron 20 Laptop | 3289 M Street Washington DC |
| Thumb drive | 3289 M Street Washington DC |
| HP Laptop Elitebook 725 | 3289 M Street Washington DC |
| ETOH Pro Extractor | 1849 Calvert Street NW Washington DC |
| Accubanker Money Counter | 1849 Calvert Street NW Washington DC |
| Lenovo All-In-One Computer | 1849 Calvert Street NW Washington DC |

| | |
|---|---|
| TrimIT Dry Trimmer | 1849 Calvert Street NW Washington DC |
| Heat press machine | 1849 Calvert Street NW Washington DC |
| Silver iPhone | 3002 Franklin St NE Washington DC |
| Black iphone | 3002 Franklin St NE Washington DC |
| Apple laptop | 3002 Franklin St NE Washington DC |
| Hard drive | 3002 Franklin St NE Washington DC |
| iPad | 3002 Franklin St NE Washington DC |
| Passport Pro Hard Drive | 3002 Franklin St NE Washington DC |
| Thumb drives | 3002 Franklin St NE Washington DC |
| Hard drives | 3002 Franklin St NE Washington DC |
| Thumb drive | 3002 Franklin St NE Washington DC |
| Mac | 3002 Franklin St NE Washington DC |
| | |